DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CAITLIN HOWARD
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> DONALD HERNANDEZ,                 )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____) | Mag. No. 09-356 EFB<br><br>STIPULATION AND ORDER<br><br>Date: February 8, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Donald Hernandez, that the Court vacate the court trial set for January 19, 2010 at 10:00 a.m.  We respectfully request the court set a status conference for February 8, 2010 at 10:00 a.m.

   The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

public and the defendant in a speedy trial because the defense requires more time to investigate, prepare and possibly negotiate a resolution.

Dated:  January 13, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
DONALD HERNANDEZ


Dated: January 13, 2010         BENJAMIN B. WAGNER
                                United States Attorney


/s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 13, 2010

Edmund F. Brennan
United States Magistrate Judge