BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BRIAN J. MILLER
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO. 09-356 EFB |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS INFORMATION AND |
| v. | ) | ORDER |
| DONALD HERNANDEZ, | ) | |
| | ) | DATE: February 8, 2010 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. EDMUND F. BRENNAN |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Mag. No. 09-356 EFB.

DATED: February 4, 2010          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/ Samantha Spangler for
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney

                                 ORDER

SO ORDERED

DATED: February 5, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE